# United States Court of Appeals
## For the First Circuit

No. 09-2472

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL A. BERK,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 27, 2011 is amended as follows:

On Page 8, line 7, "August 24" should read "August 22".